Law Office of Shawn N. Wright
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565

August 19, 2019

Clerk of Court
U.S. Bankruptcy Court
5400 U.S. Steel Tower
Pittsburgh, PA 15219

  **Re: Radu Vaduva and Constanta Popescu; 18-23741**

To the Clerk of Court:

  Please be informed that my clients have separated.

  My client, Constanta Popescu, has moved.

Former address:
818 Linda Drive
Pittsburgh, PA 15226


New address:
 9435 Saratoga Drive
Pittsburgh, PA 15237

  Thank you.

                Yours very truly,

                <u>/s/Shawn N. Wright</u>
                Shawn N. Wright, Esquire
                Counsel for Debtors; PA # 64103
                7240 McKnight Road
                Pittsburgh, PA 15237
                (412) 920-6565
                shawn@shawnwrightlaw.com