| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Radu D. Vaduva** | Social Security number or ITIN | **xxx–xx–1293** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Constanta Popescu** | Social Security number or ITIN | **xxx–xx–3726** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **9/22/18** |
| Case number: | **18–23741–GLT** | Date case converted to chapter **7** | **9/12/19** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Radu D. Vaduva | Constanta Popescu |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 818 Linda Drive<br>Pittsburgh, PA 15226 | 9435 Saratoga Drive<br>Pittsburgh, PA 15237 |
| 4. | **Debtor's attorney**<br>Name and address | Shawn N. Wright<br>7240 McKnight Road<br>Pittsburgh, PA 15237 | Contact phone 412–920–6565<br><br>Email: shawn@shawnwrightlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey J. Sikirica<br>121 Northbrook Drive<br>Pine Township<br>Gibsonia, PA 15044 | Contact phone 724–625–2566<br><br>Email: trusteesikirica@zoominternet.net |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 9/12/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 4, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.**          **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/3/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/21/19**<br><br>**Filing deadline: 3/21/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23741-GLT
Radu D. Vaduva                                                            Chapter 7
Constanta Popescu
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 2              Date Rcvd: Sep 12, 2019
                             Form ID: 309B           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db          +Radu D. Vaduva,    818 Linda Drive,    Pittsburgh, PA 15226-1128
jdb         +Constanta Popescu,    9435 Saratoga Drive,    Pittsburgh, PA 15237-6123
aty         +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
aty         +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,   Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1945
aty         +Kevin Scott Frankel,    Shapiro & DeNardo, LLC,    3600 Horizon Drive,   Suite 150,
              King of Prussia, PA 19406-4702
tr          +Jeffrey J. Sikirica,    121 Northbrook Drive,    Pine Township,   Gibsonia, PA 15044-8983
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
              Coppell, TX 75019-4620
14919443    +AES,   PO Box 61047,    Harrisburg, PA 17106-1047
14919447    +Citibank Best Buy,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14959527     Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
              Kirkland, WA  98083-0657
14919452    +Federal Loan Service,    PO Box 69184,    Harrisburg, PA 17106-9184
14919456    +Mr. Cooper Mortgage,    350 Highland Drive,    Lewisville, TX 75067-4488
14936011    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,   Dallas, TX 75261-9096
14928826    +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14919459    +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14958525    +PNC Bank, National Association,    PO Box 94982,   Cleveland, OH 44101-4982
14949106    +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
15005858     U.S. Department of Education,    c/o FedLoan Servicing,   P.O. Box 69184,
              Harrisburg, PA 17106-9184
14946584     UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: shawn@shawnwrightlaw.com Sep 13 2019 02:40:10     Shawn N. Wright,
              7240 McKnight Road,    Pittsburgh, PA  15237
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:40:54     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 13 2019 02:41:00
              Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
14919444    +EDI: TSYS2.COM Sep 13 2019 06:23:00      Barclays Bank Delaware,   125 S West Street,
              Wilmington, DE 19801-5014
14919445     EDI: CAPITALONE.COM Sep 13 2019 06:23:00      Capital One,   PO Box 85520,
              Richmond, VA 23285-5075
14951516    +E-mail/Text: bankruptcy@collegeave.com Sep 13 2019 02:40:17      College Ave Student Loans,
              C/O College Ave Student Loans/Bankruptcy,    233 N. King St., Suite 400,   Wilmington, DE 19801
14957876     EDI: CAPITALONE.COM Sep 13 2019 06:23:00      Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
14957877     EDI: CAPITALONE.COM Sep 13 2019 06:23:00      Capital One, N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
14919446    +EDI: CHASE.COM Sep 13 2019 06:23:00      Chase,   P.O. Box 15299,   Wilmington, DE 19850-5299
14919448    +EDI: SEARS.COM Sep 13 2019 06:23:00      Citibank Sears,   P.O. Box 6282,
              Sioux Falls, SD 57117-6282
14959391    +EDI: CITICORP.COM Sep 13 2019 06:23:00      Citibank, N.A.,   Citibank, N.A.,
              701 East 60th Street North,    Sioux Falls, SD 57104-0493
14919449    +EDI: CITICORP.COM Sep 13 2019 06:23:00      Citicards,   PO Box 6241,
              Sioux Falls, SD 57117-6241
14919450    +E-mail/Text: bankruptcy@collegeave.com Sep 13 2019 02:40:17      College Avenue Student Loan,
              1105 North Market Street, 20th floor,    Wilmington, DE 19801-1216
14919451     EDI: WFNNB.COM Sep 13 2019 06:23:00      Comenity Bank,   P.O. Box 182125,
              Columbus, OH 43218-2125
14956899    +E-mail/Text: kburkley@bernsteinlaw.com Sep 13 2019 02:41:42      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
14919453    +EDI: CITICORP.COM Sep 13 2019 06:23:00      Home Depot,   P.O. Box 6497,
              Sioux Falls, SD 57117-6497
14955125     EDI: RESURGENT.COM Sep 13 2019 06:23:00      LVNV Funding, LLC,   Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587
14919454    +E-mail/Text: bk@lendingclub.com Sep 13 2019 02:41:31     Lending Club Corporation,
              71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14919455    +EDI: TSYS2.COM Sep 13 2019 06:23:00      Macy’s,   9111 Duke Boulevard,   Mason, OH 45040-8999
14964782     EDI: NAVIENTFKASMSERV.COM Sep 13 2019 06:23:00      NAVIENT PC TRUST,
              C/O Navient Solutions, LLC.,    PO BOX 9640,   Wilkes-Barre, PA 18773-9640
14919457    +EDI: NAVIENTFKASMSERV.COM Sep 13 2019 06:23:00      Navient,   PO Box 9500,
              Wilkes Barre, PA 18773-9500
14959246     EDI: PRA.COM Sep 13 2019 06:23:00      Portfolio Recovery Associates, LLC,   POB 12914,
              Norfolk VA 23541

```
District/off: 0315-2          User: bsil              Page 2 of 2                   Date Rcvd: Sep 12, 2019
                              Form ID: 309B           Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14919510       +EDI: PRA.COM Sep 13 2019 06:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14919458       +EDI: RMSC.COM Sep 13 2019 06:23:00      PayPal Credit,    PO Box 5138,
                 Lutherville Timonium, MD 21094-5138
14954834        EDI: Q3G.COM Sep 13 2019 06:23:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
14959724       +E-mail/Text: bncmail@w-legal.com Sep 13 2019 02:41:15       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14919460       +EDI: RMSC.COM Sep 13 2019 06:23:00      Syncb/Care Credit,    PO Box 965005,
                 Orlando, FL 32896-5005
14919461       +EDI: RMSC.COM Sep 13 2019 06:23:00      Syncb/Levin Furniture,    PO Box 965005,
                 Orlando, FL 32896-5005
14919462       +EDI: RMSC.COM Sep 13 2019 06:23:00      Syncb/Paypal,    PO Box 965005,   Orlando, FL 32896-5005
14919463       +EDI: RMSC.COM Sep 13 2019 06:23:00      Syncb/TJ Maxx,    PO Box 965015,   Orlando, FL 32896-5015
14919464       +EDI: RMSC.COM Sep 13 2019 06:23:00      Syncb/Walmart,    PO Box 965024,   Orlando, FL 32896-5024
14919465        EDI: TFSR.COM Sep 13 2019 06:23:00      Toyota Financial Services,    P.O. Box 2958,
                 Torrance, CA 90509
14949933        EDI: AIS.COM Sep 13 2019 06:23:00      Verizon,    by American InfoSource as agent,
                 PO Box 248838,   Oklahoma City, OK   73124-8838
                                                                                               TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Toyota Motor Credit Corporation
cr*           +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor Radu D. Vaduva shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Joint Debtor Constanta  Popescu shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                               TOTAL: 8
```