UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                             :      Bankruptcy No.: 18-23741
Radu Vaduva and                    :
Constanta Popescu,                 :
                    Debtors        :      Chapter 7

## STATEMENT PURSUANT TO BANKRUPTCY RULE 1019

I, Shawn N. Wright, Esquire, Counsel for Debtors, file the herein Statement that the Debtors in this matter have:

(a) not entered into any new executory contracts since the commencement of their Chapter 13 case (with the exception of Debtor Wife's apartment lease, which is with Kathleen Hussak, 9435 Saratoga Drive, Pittsburgh, PA 15237);
(b) not obtained or acquired property not listed in their original schedules, and
(c) not incurred any new debts since the commencement of their Chapter 13 case:

Date: September 16, 2019              By:/s/Shawn N. Wright
                                      Shawn N. Wright, Esquire
                                      #64103

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above along with this Rule 1019 Statement has been served, on the 16th day of September 2019 upon:

**SENT VIA ELECTRONIC TRANSMISSION:**
Office of United States Trustee
Jeffrey Sikirica, Esquire, Chapter 7 Trustee (ncardiello@comcast.net )

Attorney for Debtors

/s/Shawn N. Wright
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com