**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RADU D. VADUVA
    CONSTANTA POPESCU
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Respondents.

Case No.:18-23741 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/22/2018 and confirmed on 10/31/2018 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,336.69 |
| Less Refunds to Debtor | 2,687.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 23,648.93 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,400.00 | |
|   Trustee Fee | 1,066.87 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,466.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 10,419.36 | 0.00 | 10,419.36 |
|     Acct: 8362 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 178.38 | 84.06 | 0.00 | 84.06 |
|     Acct: 8362 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 5,645.04 | 0.00 | 5,645.04 |
|     Acct: 0653 | | | | |
| | | | | 16,148.46 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RADU D. VADUVA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 2,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| RADU D. VADUVA | 2,687.76 | 2,687.76 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAWN N WRIGHT ESQ | 500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 195.29 | 0.00 | 0.00 | 0.00 |
| Acct: 9722 | | | | |
| ECMC(*) | 2,534.52 | 0.00 | 0.00 | 0.00 |
| Acct: 1293 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 15,262.70 | 0.00 | 0.00 | 0.00 |
| Acct: 7735 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 9,960.24 | 0.00 | 0.00 | 0.00 |
| Acct: 4433 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 4,033.60 | 0.00 | 4,033.60 |
| Acct: 3726 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 5,900.84 | 0.00 | 0.00 | 0.00 |
| Acct: 2585 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,843.36 | 0.00 | 0.00 | 0.00 |
| Acct: 6925 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,383.93 | 0.00 | 0.00 | 0.00 |
| Acct: 1373 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK NA** | 2,720.34 | 0.00 | 0.00 | 0.00 |
| Acct: 1978 | | | | |
| CITIBANK NA** | 9,280.80 | 0.00 | 0.00 | 0.00 |
| Acct: 0908 | | | | |
| CITIBANK NA** | 4,155.06 | 0.00 | 0.00 | 0.00 |
| Acct: 8774 | | | | |
| LVNV FUNDING LLC | 3,626.80 | 0.00 | 0.00 | 0.00 |
| Acct: 0846 | | | | |
| COLLEGE AVE STUDENT LOANS | 2,486.95 | 0.00 | 0.00 | 0.00 |
| Acct: 2611 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMENI | 2,643.95 | 0.00 | 0.00 | 0.00 |
| Acct: 1599 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,947.51 | 0.00 | 0.00 | 0.00 |
| Acct: 7799 | | | | |
| CITIBANK NA** | 1,057.14 | 0.00 | 0.00 | 0.00 |
| Acct: 7991 | | | | |
| LVNV FUNDING LLC | 4,904.32 | 0.00 | 0.00 | 0.00 |
| Acct: 2327 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 2,315.11 | 0.00 | 0.00 | 0.00 |
| Acct: 6404 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 5,124.62 | 0.00 | 0.00 | 0.00 |
| Acct: 4024 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7004 | | | | |
| KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NAVIENT PC TRUST | 16,422.93 | 0.00 | 0.00 | 0.00 |
| Acct: 3726 | | | | |
| PAYPAL CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 14,858.55 | 0.00 | 0.00 | 0.00 |
| Acct: 5099 | | | | |

| 18-23741 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LLC<br>        Acct: 0992 | 3,594.80 | 0.00 | 0.00 | 0.00 |
|     PORTFOLIO RECOVERY ASSOCIATES, LLC<br>        Acct: 6027 | 737.53 | 0.00 | 0.00 | 0.00 |
|     PORTFOLIO RECOVERY ASSOCIATES, LLC<br>        Acct: 7004 | 2,660.75 | 0.00 | 0.00 | 0.00 |
|     SYNCHRONY BANK<br>        Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|     SYNCHRONY BANK<br>        Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|     AES/PHEAA**<br>        Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|     VERIZON BY AMERICAN INFOSOURCE LP<br>        Acct: 0001 | 201.78 | 0.00 | 0.00 | 0.00 |
|     UPMC PHYSICIAN SERVICES<br>        Acct: 1293 | 301.15 | 0.00 | 0.00 | 0.00 |
|     SYNCHRONY BANK<br>        Acct: 6118 | 3,625.78 | 0.00 | 0.00 | 0.00 |
|     JAMES C WARMBRODT ESQ<br>        Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 4,033.60 |
| **TOTAL PAID TO CREDITORS** | | | | 20,182.06 |

TOTAL CLAIMED
PRIORITY               0.00
SECURED              178.38
UNSECURED       123,746.75

Date: 09/24/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com